

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 3:15cr9 DPJ-LRA

BRENDA PRICE   26 USC § 7206(2)

**The Grand Jury Charges:**

## COUNTS 1-11

That on or about the dates listed below, in the Northern Division of the Southern District of Mississippi and elsewhere, the defendant, **BRENDA PRICE**, did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service, of U.S. Individual Income Tax Returns, Forms 1040, either individual or joint, for the taxpayers and calendar years hereinafter specified. The returns were false and fraudulent as to material matters, in that they represented that the taxpayers were entitled under the provisions of the Internal Revenue laws to claim deductions for items and in amounts hereinafter specified, whereas, as the defendant then and there knew, the taxpayers were not entitled to claim deductions in the claimed amounts.

| COUNT | TAXPAYER | REFUND CLAIMED | DATE RETURN RECEIVED |
|---|---|---|---|
| 1 | C.A. | $7,329 | 2/22/2010 |
| 2 | F.A. | $1,304 | 2/22/2010 |
| 3 | D.B. | $3,085 | 2/9/2009 |
| 4 | J.B. | $4,587 | 2/9/2009 |
| 5 | V.C. | $8,000 | 5/4/2009 |

| 6 | D.H. | $8,220 | 4/27/2009 |
| 7 | D.H. | $1,214 | 3/1/2010 |
| 8 | K.H. | $5,643 | 2/21/2010 |
| 9 | R.H. | $2,457 | 3/7/2011 |
| 10 | H.S. | $5,498 | 2/22/2010 |
| 11 | J.S. | $3,803 | 2/22/2010 |

All in violation of Section 7206(2), Title 26, United States Code.

GREGORY K. DAVIS
United States Attorney

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the grand jury on this the 3rd day of March, 2015.

UNITED STATES MAGISTRATE JUDGE